IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL J. BERNSTEIN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|         v. | ) |
| | ) |
| **NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY,** | ) ) |
| 100 Bureau Drive | ) |
| Gaithersburg, MD 20899 | ) |
| | ) |
| **U.S. DEPARTMENT OF COMMERCE,** | ) |
| 1401 Constitution Ave NW | ) |
| Washington, D.C. 20230 | ) |
| | ) |
|     **Defendants.** | ) |

## COMPLAINT

1. Plaintiff, DANIEL J. BERNSTEIN, brings this Freedom of Information Act suit to force Defendants NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY (NIST) and U.S. DEPARTMENT OF COMMERCE to comply with Plaintiff's FOIA request for records pertaining to the NIST Post-Quantum Cryptography Standardization Project. In violation of the Freedom of Information Act, Defendants have failed to issue a determination, have failed to produce records promptly, and have failed to provide an estimated date of completion for the request.

## PARTIES

2. Plaintiff DANIEL J. BERNSTEIN is a mathematician, cryptologist, and computer scientist. He is a professor of Computer Science at the University of Illinois at Chicago. He also

has a professorship at Ruhr University Bochum in Germany. BERNSTEIN made the FOIA request at issue in this case.

3. Defendant NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY (NIST) is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF COMMERCE (DOC) is a parent agency of NIST and a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## BACKGROUND

7. Cryptography is used by billions of people around the world to protect communication against espionage and sabotage. For example, a cryptographic mechanism called "Curve25519" introduced by BERNSTEIN is now used automatically by Apple iPhones, Facebook's WhatsApp, and Google Chrome.

8. NIST and its predecessor, the National Bureau of Standards, have issued a variety of standards for cryptography, starting in the 1970s.

9. U.S. government purchasing often requires compliance with NIST's cryptographic standards.

10. Further NIST activities have resulted in much broader domestic and international usage of some of NIST's cryptographic standards. *See, e.g.,* "The Economic Impacts of NIST's Data Encryption Standard (DES) Program", 2001, https://csrc.nist.gov/publications/detail/white-paper/2001/10/01/the-economic-impacts-of-nist-des-program/final, at 21.

11.  In 2016, NIST announced a Post-Quantum Cryptography Standardization Project.

12.  Quantum computers are under active development and threaten the security of many existing cryptographic mechanisms, including Curve25519 and various NIST standards. The objective of post-quantum cryptography is to protect against this threat.

13.  On or around December 15, 2016, NIST issued a call for submissions to the NIST Post-Quantum Cryptography Standardization Project, setting a submission deadline of November 30, 2017.  81 Fed. Reg. 92787 (December 20, 2016).

14.  On January 31, 2019, NIST issued a report regarding the first round of the project. *See* https://csrc.nist.gov/publications/detail/nistir/8240/final.

15.  On July 22, 2020, NIST issued a report regarding the second round of the project. *See* https://csrc.nist.gov/publications/detail/nistir/8309/final.

16.  On July 5, 2022, NIST issued a report regarding the third round of the project.  *See* https://csrc.nist.gov/publications/detail/nistir/8413/final.

17.  The NIST Post-Quantum Cryptography Standardization Project is ongoing.

18.  Upon information and belief, the U.S. National Security Agency (NSA) was already involved with the NIST Post-Quantum Cryptography Standardization Project before the 2016 project announcement.

19.  In July 2020, NIST and NSA revealed that NSA had already been involved with the NIST Post-Quantum Cryptography Standardization Project.

20.  The full details of NSA's influence upon the NIST Post-Quantum Cryptography Standardization Project, before and after July 2020, are still not public.

## JANUARY 24, 2023 FOIA REQUEST

21. On January 24, 2023, BERNSTEIN submitted a FOIA request, "Newer Records regarding NSA, NIST, and post-quantum cryptography," to NIST. This FOIA request asked for the following:

> Please send me, in electronic form, a copy of NIST's records regarding the NIST Post-Quantum Cryptography Standardization Project from 16 March 2022 up to the day that this request is processed.
> My 16 March 2022 FOIA request similarly requested records up to the day that that request was processed. If NIST tells me the cutoff date that it assigned for my 16 March 2022 request that I will be happy to narrow this new request to cover only records starting from that date.
> This request includes, but is not limited to, documents from NIST, documents from NSA, documents from other U.S. government agencies, and documents from foreign government agencies. This request also includes all records of NIST/NSA meetings during the specified period, whether or not NIST views those meetings as part of this project.

22. Plaintiff filed the FOIA request via MuckRock. A true and correct copy of the full MuckRock page, containing the FOIA request and subsequent communications, is attached as Exhibit 1.

23. On February 13, 2023, NIST sent a message confirming receipt of the FOIA request. *Id.*

24. On February 15, 2023, NIST sent an acknowledgement letter stating it did not receive Plaintiff's FOIA request until February 14, 2023, and assigned reference number #DOC-NIST-2023-001133 to the matter.

25. A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

26. On March 2, 2023, NIST stated it received Plaintiff's FOIA request on February 15, 2023, and documents would be provided on a rolling basis. *Ex 1.*

27. On March 29, 2023, Plaintiff requested an estimated date of completion for the request. *Id.*

28. On May 15, 2023, NIST sent a letter to Plaintiff stating responsive documents would be forwarded on a rolling basis "as they become available."

29. A true and correct copy of the letter is attached as Exhibit 3.

30. On August 15, 2023, NIST stated it was processing the request and that documents would be provided "on a rolling basis as they become available." *Id.*

31. On September 18, 2023, NIST stated it would "provide rolling releases" when it receives the documents. *Id.*

32. As of the date of this filing, Defendants have failed to issue a determination, have failed to produce records responsive to the request, and have failed to provide an estimated date of completion.

**COUNT I – DEFENDANTS' FOIA VIOLATION**
**JANUARY 24, 2023 FOIA REQUEST**

33. The above paragraphs are incorporated by reference.

34. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

35. Defendant NIST is a federal agency subject to FOIA.

36. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

37. Defendant NIST has failed to conduct a reasonable search for records responsive to the request.

38. Defendant NIST has failed to issue a complete determination within the statutory deadline.

39. Defendant NIST has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, BERNSTEIN asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct reasonable searches for records and to produce the requested records promptly;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: October 3, 2023

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiff,
DANIEL J. BERNSTEIN

Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com