AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DANIEL J. BERNSTEIN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-02938 |
| NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Daniel J. Bernstein                                                                                                .

Date: 10/03/2023

/s/ Matthew V. Topic
*Attorney's signature*

Matthew V. Topic, Bar No. IL0037
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

matt@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*