AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| DANIEL J. BERNSTEIN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-02938 |
| NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Daniel J. Bernstein                         .

Date:   10/03/2023

/s/ Merrick Wayne
*Attorney's signature*

Merrick Wayne, Bar No. IL0058
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

merrick@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*