FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Daniel J. Bernstein )
*Plaintiff* )
)
v. )   Civil Action No.   23-cv-02938
)
National Institute of Standards and Technology, et )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

Civil Process Clerk
United States Attorney's Office
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew V. Topic
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 10/04/2023

/s/ Simone Logan
*Signature of Clerk or Deputy Clerk*

FOIA Summons (1/13) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) **United States Attorney's Office**
was received by me on (date) **10/4/2023**.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): **I served the summons and complaint via email to: USADC.ServiceCivil@usdoj.gov.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/5/2023**

Server's signature

**Blake Bunting, Paralegal**
Printed name and title

**Loevy + Loevy**
**311 N. Aberdeen St., 3rd Fl.**
**Chicago, IL 60607**
Server's address

Additional information regarding attempted service, etc:

10/10/23, 9:43 AM  Loevy & Loevy Mail - 23-2938 Bernstein v. National Institute of Standards and Technology, et. al.

Case 1:23-cv-02938-CKK  Document 8  Filed 10/31/23  Page 3 of 3

LOEVY + LOEVY                                                                    **Blake Bunting <blake@loevy.com>**

# 23-2938 Bernstein v. National Institute of Standards and Technology, et. al.
2 messages

**Blake Bunting** <blake@loevy.com>                                              Thu, Oct 5, 2023 at 9:54 AM
To: USADC.ServiceCivil@usdoj.gov

Good morning -

Please accept this email as proof of service of the summons and complaint on the United States Attorney's Office regarding the above referenced case.  The summons and complaint are attached.

Thank you.

Best Regards,
Blake D. Bunting, Paralegal
*(he/him/his)*
***LOEVY & LOEVY***
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
office:  (312) 243-5900
direct:  (312) 357-5243

---

📄 **23-2938 Bernstein v. National Institute of Standards and Technology Sevice Packet.pdf**
    2550K

---

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>                            Mon, Oct 9, 2023 at 7:05 PM
To: Blake Bunting <blake@loevy.com>

Your service package has been received and accepted with a service date of October 5, 2023.  Thank you.

[Quoted text hidden]