**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DANIEL J. BERNSTEIN<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY, et al.<br>Defendants. | ) | Civil Action No. 23-2938 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Bradley G. Silverman, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

Dated: November 1, 2023

Respectfully Submitted,

*/s/ Bradley G. Silverman*

BRADLEY G. SILVERMAN
Assistant United States Attorney
DC Bar #1531664
601 D Street, N.W., 7th Floor
Washington, D.C. 20530
Tel: (202) 252-2575
Email: bradley.silverman@usdoj.gov

*Counsel for the Defendants*