UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>        *Plaintiff*,<br><br>   v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>        *Defendants*. | Civil Action No. 23-2938 (CKK) |

## JOINT STATUS REPORT AND NOTICE OF RELATED CASE

Pursuant to this Court's Order, ECF No. 11, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and U.S. Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff's FOIA request seeks essentially the same type of records that Plaintiff seeks in *Bernstein v. National Institute of Standards and Technology, et al.* ("*Bernstein I*"), Civ. A. No. 22-2319 (DLF), but for a different date. In *Bernstein I*, Plaintiff seeks certain records created up through March 16, 2022. Here, Plaintiff seeks the same type of records created between March 17, 2022 and October 3, 2023. Defendants' initial review of potentially responsive records will take approximately six weeks. Defendants expect that many of the potentially responsive records will require consultation with other agencies. Defendants expect to complete processing and production of records in *Bernstein I* in March 2024. Due to the similarity of the records at issue in the two cases and Defendants' limited FOIA processing resources, Defendants propose to begin processing

in this case in March 2024, after processing in *Bernstein I* is complete. Plaintiff does not oppose this proposal. As such, Defendants expect its processing of records in this case to be complete by mid-May 2024, except for any records as to which consultations with other agencies remain outstanding. Defendants intend to make their initial production of records in this case by mid-May 2024, with rolling productions thereafter as consultations with other agencies complete.

At this time, Defendants cannot provide an estimate as to the number of responsive records, but will be able to do so once initial processing of potentially responsive records begins. The parties anticipate that a *Vaughn* Index will be necessary eventually, but cannot say with certainty as this stage of the case. The parties do not anticipate a need for an *Open America* stay.

Due to the similarity of the records at issue in *Bernstein I* and this case, the parties respectfully notice the two cases as related.

The parties propose that this Court direct them to file another JSR by April 1, 2024.

| | |
|---|---|
| Dated: December 4, 2023 | Respectfully submitted, |
| */s/ Merrick Wayne* <br> Matthew Topic, D.C. Bar No. IL0037 <br> Merrick Wayne, D.C. Bar No. IL0058 <br> Stephen Stich Match, D.C. Bar No. MA0044 <br> LOEVY & LOEVY <br> 311 North Aberdeen, 3rd Floor <br> Chicago, IL 60607 <br> (Tel:) 312-243-5900 <br> foia@loevy.com <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES <br> United States Attorney <br> D.C. Bar #481052 <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: /s/ Bradley G. Silverman <br>     BRADLEY G. SILVERMAN <br>     Assistant United States Attorney <br>     D.C. Bar #1531664 <br>     U.S. Attorney's Office <br>     District of Columbia <br>     601 D Street NW <br>     Washington, DC 20530 <br>     (202) 252-2575 <br>     bradley.silverman@usdoj.gov <br><br> *Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>　　　　*Defendants*. | Civil Action No. 23-2938 (CKK) |

**[PROPOSED] ORDER**

　　Upon consideration of the parties' joint status report, Defendants shall begin processing records in March 2024 and the Court directs the parties to submit another joint status report on or before April 1, 2024.

　　IT IS SO ORDERED.


DATED: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge