UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>　　　　Defendants. | Civil Action No. 23-2938 (CKK) |

## JOINT STATUS REPORT

　　　　Pursuant to this Court's Minute Order (Jan. 4, 2024), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") to apprise the Court of the status of Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

　　　　As previously reported, Plaintiff's FOIA request seeks largely the same type of records that Plaintiff seeks in *Bernstein v. National Institute of Standards and Technology* ("*Bernstein I*"), Civ. A. No. 22-2319 (DLF). *Bernstein I* concerns records created up through March 16, 2022, whereas this matter concerns records within the time period of March 17, 2022 through October 3, 2023. Although Defendants previously reported they expected to complete the processing of *Bernstein I* in March 2024 and begin the processing of records in this matter after that, Defendants now expect to complete the processing of the over half a million potentially responsive records located in its search for *Bernstein I* at the end of May 2024. Defendants still expect the initial processing of records for this matter to take six weeks, with interim productions to be made starting in late June, initial review completed by mid-July, and records needing consultation with external agencies to

be produced on a rolling basis as consultations complete. Accordingly, the parties propose that the Court direct them to file another JSR by July 31, 2024.

| | |
|---|---|
| Dated: April 1, 2024 | Respectfully submitted, |
| /s/ Merrick Wayne<br>Matthew Topic, D.C. Bar No. IL0037<br>Josh Loevy, D.C. Bar No. IL0105<br>Merrick Wayne, D.C. Bar No. IL0058<br>Stephen Stich Match, D.C. Bar No. MA0044<br>Shelley Geiszler, D.C. Bar No. IL0087<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>(Tel:) 312-243-5900<br>foia@loevy.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar #481052<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Bradley G. Silverman<br>    BRADLEY G. SILVERMAN<br>    Assistant United States Attorney<br>    D.C. Bar #1531664<br>    U.S. Attorney's Office<br>    District of Columbia<br>    601 D Street NW<br>    Washington, DC 20530<br>    (202) 252-2575<br>    bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |