UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL J. BERNSTEIN,

*Plaintiff*,

v.                                                    Civil Action No. 23-2938 (CKK)

NATIONAL INSTITUTE OF STANDARDS
AND TECHNOLOGY et al.,

*Defendants*.

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Apr. 1, 2024), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") to update the Court on the status of Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

As previously reported, Plaintiff's FOIA request seeks largely the same type of records that Plaintiff seeks in *Bernstein v. National Institute of Standards and Technology* ("*Bernstein I*"), Civ. A. No. 22-2319 (DLF). *Bernstein I* concerns records created up through March 16, 2022, whereas this matter concerns records within the time period of March 17, 2022 through October 3, 2023. Defendants have completed initial processing of the *Bernstein I* records, though production of records requiring consultation continues on a rolling basis. Defendants made their first interim production in this matter on July 30, 2024. Defendants expect initial processing to be completed in August, though there are many records needing consultation with external agencies that will continue to be produced in subsequent months, on a rolling basis, as consultations complete.

The parties propose that the Court direct them to file another JSR by November 22, 2024.

Dated: July 31, 2024

_/s/ Merrick Wayne_
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA044
Shelley Geiszler, D.C. Bar No. IL0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

_Counsel for Plaintiff_

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
U.S. Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

_Attorneys for the United States of America_