UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>      Plaintiff,<br><br>    v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>      Defendants. | Civil Action No. 23-2938 (CKK) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order on April 1, 2024, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") to update the Court on the status of Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.[1]

As previously reported, Plaintiff's FOIA request seeks essentially the same type of records that Plaintiff seeks in *Bernstein v. National Institute of Standards and Technology et al.* ("Bernstein I"), Civ. A. No. 22-2319 (DLF), but for a later date range. Defendants continue to consult with other agencies and produce records on a rolling basis responsive to *Bernstein I*. Meanwhile, Defendants have made two interim productions for this matter on July 30, 2024, and September 25, 2024. Defendants anticipate a final interim production in October containing the

---

[1] In the JSR filed on July 31, 2024, the parties overlooked the deadline in this Court's April 1, 2024, Minute Order and proposed that a joint status report not need be filed until November 22, 2024. Because the Court has not modified the April 1, 2024, order, the parties recognize that a JSR shall be filed every 60 days so long as the litigation remains in the current posture.

2

remaining records that can be released in full, with records going through interagency consultation to be produced on a rolling basis as consultations and clearances complete.

| | |
|---|---|
| Dated: September 30, 2024 | Respectfully submitted, |
| | |
| */s/ Merrick Wayne* | MATTHEW M. GRAVES |
| MERRICK WAYNE | United States Attorney |
| Matthew Topic, IL0037 | D.C. Bar #481052 |
| Josh Loevy, IL0105 | |
| Shelley Geiszler, IL0087 | BRIAN P. HUDAK |
| Merrick Wayne, IL0058 | Chief, Civil Division |
| LOEVY & LOEVY | |
| 311 North Aberdeen, 3rd Floor | By: /s/ Bradley G. Silverman |
| Chicago, IL 60607 | BRADLEY G. SILVERMAN |
| (Tel:) 312-243-5900 | Assistant United States Attorney |
| foia@loevy.com | D.C. Bar #1531664 |
| | U.S. Attorney's Office |
| *Counsel for Plaintiff* | District of Columbia |
| | 601 D Street NW |
| | Washington, DC 20530 |
| | (202) 252-2575 |
| | bradley.silverman@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |