**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DANIEL J. BERNSTEIN, **)** | |
| **)** | |
| *Plaintiff,* **)** | |
| **)** | |
| v. **)** | Civil Action No. 23-2938 (CKK) |
| **)** | |
| NATIONAL INSTITUTE OF STANDARDS **)** | |
| AND TECHNOLOGY, *et al.,* **)** | |
| **)** | |
| *Defendants.* **)** | |
| **)** | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Plaintiff Cato Institute, by and through its counsel, Loevy & Loevy, respectfully requests a 6-day extension – that is, until December 5, 2024 – of the parties' deadline for filing a joint status report in this Freedom of Information Act case. In support of this motion, Plaintiff states as follows:

1. On April 1, 2024, the Court issued a Minute Order stating that the parties shall file a joint status report by July 31, 2024, and every 60 days thereafter. The parties last filed a joint status report on October 1, 2024, making the next joint status report due on November 29, 2024.

2. Plaintiff requests a 6-day extension of this deadline – up to and including December 5, 2024, and to then file a JSR every 60 days thereafter the new deadline.

3. This is Plaintiff's first request for an extension.

4. This request for extension is being made due to the undersigned counsel for Plaintiff's office being closed on November 27-29, 2024, for Thanksgiving.

5. The granting of this extension will not have any effect on other previously-set deadlines.

6.      Pursuant to Local Rule 7(m), the undersigned counsel for Plaintiff conferred with Defendants' counsel, who indicated that Defendants consent to the relief requested herein.

7.      Therefore, with Defendants' consent, Plaintiff respectfully requests that the Court grant this motion and allow the parties to file the joint status report on or before December 5, 2024 and every 60 days thereafter.  A proposed Order has been filed with this motion.


Dated: November 15, 2024                                    Respectfully submitted,


                                                            /s/ Merrick Wayne

                                                            Matthew Topic, D.C. Bar No. IL0037
                                                            Stephen Stich Match, D.C. Bar No. MA0044
                                                            Merrick Wayne, D.C. Bar No. IL0058
                                                            LOEVY & LOEVY
                                                            311 North Aberdeen, 3rd Floor
                                                            Chicago, IL 60607
                                                            312-243-5900
                                                            foia@loevy.com

                                                            *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL J. BERNSTEIN, **)** | |
| **)** | |
| *Plaintiff*, **)** | |
| **)** | |
| v. **)** | Civil Action No. 23-2938 (CKK) |
| **)** | |
| NATIONAL INSTITUTE OF STANDARDS **)** | |
| AND TECHNOLOGY, *et al.*, **)** | |
| **)** | |
| *Defendants*. **)** | |
| **)** | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Plaintiff's consent motion for an extension of time for

the parties to file the joint status report, and for good cause shown and the entire record herein, it

is hereby

ORDERED that Plaintiff's motion is GRANTED, and it is further

ORDERED that the parties shall have through and including December 5, 2024, to file a

joint status report in this action, and the parties shall file an additional joint status report every 60

days thereafter.

SO ORDERED:

_____          _____
Dated                                                      UNITED STATES DISTRICT JUDGE

3