UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>        Defendants. | Civil Action No. 23-2938 (CKK) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Nov. 18, 2024), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

As previously reported, Plaintiff's FOIA request seeks essentially the same type of records that Plaintiff seeks in *Bernstein v. National Institute of Standards and Technology* ("*Bernstein I*"), Civ. A. No. 22-2319 (DLF), but for a later date range. Defendants continue to produce records on a rolling basis responsive to *Bernstein I*, and have made two interim productions for this matter on July 30, 2024 and September 25, 2024. Although Defendants anticipated a final interim production in October with the remaining records that can be released in full, records from the Information Technology ("IT") Laboratory are still being delivered to the Management and Organization Office for final clearance and reconciliation with interagency consultations. The IT Laboratory reports that the next package of records should be delivered to the Management and Organization Office by December 13, 2024. In accordance with this Court's Minute Order (Apr. 1, 2024), the

parties are due to file another joint status report on February 3, 2025.

| | |
|---|---|
| Dated: December 5, 2024 | Respectfully submitted, |
| | |
| /s/ Merrick Wayne | MATTHEW M. GRAVES |
| MERRICK WAYNE | United States Attorney |
| Matthew Topic, IL0037 | D.C. Bar #481052 |
| Josh Loevy, IL0105 | |
| Shelley Geiszler, IL0087 | BRIAN P. HUDAK |
| Merrick Wayne, IL0058 | Chief, Civil Division |
| LOEVY & LOEVY | |
| 311 North Aberdeen, 3rd Floor | By: /s/ Bradley G. Silverman |
| Chicago, IL 60607 | BRADLEY G. SILVERMAN |
| (Tel:) 312-243-5900 | Assistant United States Attorney |
| foia@loevy.com | D.C. Bar #1531664 |
| | U.S. Attorney's Office |
| *Counsel for Plaintiff* | District of Columbia |
| | 601 D Street NW |
| | Washington, DC 20530 |
| | (202) 252-2575 |
| | bradley.silverman@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |