UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>　　　　　*Defendants*. | Civil Action No. 23-2938 (CKK) |

## JOINT STATUS REPORT

　　Pursuant to this Court's Minute Order (Nov. 15, 2024), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. As previously reported, Plaintiff's FOIA request seeks essentially the same type of records that Plaintiff seeks in *Bernstein v. National Institute of Standards and Technology et al.* ("*Bernstein I*"), Civ. A. No. 22-2319 (DLF), but for a later date range. Defendants continue to produce records on a rolling basis responsive to *Bernstein I,* and anticipate the next interim production to be later this month.

　　　　　　　　　　　*   *   *

Dated: February 3, 2024

/s/ Merrick Wayne
MERRICK WAYNE
Matthew Topic, IL0037
Josh Loevy, IL0105
Shelley Geiszler, IL0087
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
  BRADLEY G. SILVERMAN
  Assistant United States Attorney
  D.C. Bar #1531664
  U.S. Attorney's Office
  District of Columbia
  601 D Street NW
  Washington, DC 20530
  (202) 252-2575
  bradley.silverman@usdoj.gov

  *Attorneys for the United States of America*