UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>      Plaintiff,<br><br>    v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>      Defendants. | Civil Action No. 23-2938 (CKK) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Feb. 4, 2025), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of Plaintiff's request pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Since the last status report, Defendants made a third interim production on February 11, 2025. Defendants will continue to make rolling productions as consultations and clearance reviews complete. In accordance with the November 15, 2024 order, the parties are due to file another joint status report on June 3, 2025.

\* \* \*

Dated: April 4, 2025

/s/ *Merrick Wayne*
MERRICK WAYNE
Matthew Topic, IL0037
Josh Loevy, IL0105
Shelley Geiszler, IL0087
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN
United States Attorney
D.C. Bar #481866

By: /s/ Bradley G. Silverman
    BRADLEY G. SILVERMAN
    Assistant United States Attorney
    D.C. Bar #1531664
    U.S. Attorney's Office
    District of Columbia
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*