UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY, et al.,<br><br>　　　　Defendants. | Civil Action No. 23-2938 (SLS) |

**JOINT STATUS REPORT**

　　Pursuant to this Court's Minute Order (Apr. 7, 2025), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology ("NIST") and Department of Commerce, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

　　Plaintiff's FOIA request, submitted on January 24, 2023, seeks "records regarding the NIST Post-Quantum Cryptography Standardization Project from 16 March 22 up to the day that this request is processed," plus all records of NIST meetings with NSA mentioning the word "quantum", regardless of whether those meetings are part of Project. Compl. ¶ 21, ECF No. 1; FOIA Request at 4-5, ECF No. 101; *see generally* https://www.nist.gov/pqcrypto. Professor Bernstein is a professor of Computer Science at the University of Illinois at Chicago, Compl. ¶ 2, who researches cryptography and co-authored one of the three algorithms that NIST published as a standard on August 13, 2024. https://www.nist.gov/news-events/news/2024/08/nist-releases-first-3-finalized-post-quantum-encryption-standards; https://cs.uic.edu/news-stories/government-issues-post-quantum-standard-co-designed-by-uic-cs-professor/.

Plaintiff's FOIA request seeks essentially the same type of records that Plaintiff seeks in *Bernstein v. National Institute of Standards and Technology et al.* ("*Bernstein I*"), Civ. A. No. 22-2319 (DLF), but for a later date range—*Bernstein I* seeks records up through March 16, 2022 (the Request for Comments on Submission Requirements and Evaluation Criteria was published in the Federal Register on August 2, 2016), and this case seeks records created between March 17, 2022 and October 3, 2023. Not. Related Cases at 1, ECF No. 13. NIST has so far released over 15,000 pages of documents responsive to *Bernstein I*, and more than 500 pages of documents responsive to the FOIA request at issue in this matter.

Plaintiff's FOIA request did not specify search terms to use beyond "quantum", so NIST performed a search on the records of Post-Quantum Cryptography team members using 112 sets of keyword terms designed to conservatively identify responsive records, including terms related to the project, relevant standards, algorithm submission names, mathematical problems used by those submissions, algorithmic approaches, and attack mechanisms. The search conducted for *Bernstein I* returned over 500,000 records, including duplicate records and a large number of records (upwards of 80%) that were not responsive to Plaintiff's request.

NIST's Post-Quantum Cryptography Standardization Project is situated within NIST's Information Technology ("IT") Laboratory. NIST reports that the IT Laboratory conducted the searches and is responsible for the review of records for responsiveness and exemptions; the IT Laboratory releases reviewed records on a rolling basis to NIST's Management and Organization Office, where NIST's FOIA Officer has the records sent out for any required consultation with external agencies and go through a final clearance review before being produced. NIST reports that in April 2025, both the Chief of the Computer Security Division of the IT Laboratory and the Director of the Management and Organization Office retired, each after 20+ years of federal

service.

The Court's April 7, 2025, Minute Order directed the parties to "address (1) the number of documents that remain to be released and (2) the expected timeline for the release of those documents." NIST reports that the manager of the Cryptographic Technology Group of the Computer Security Division of the IT Laboratory has indicated that there are approximately 3,000 documents for this particular matter that the laboratory is re-reviewing, as many (approximately 80%) do not appear to be responsive to the request. NIST reports that the records are being reviewed by subject matter experts within the laboratory, as the records are highly technical and cannot be reviewed by a non-expert. NIST reports that the IT Laboratory has limited resources and current staffing shortages, and the review is part of the researchers' "other duties as assigned". Currently, the Laboratory has been processing at least 100 documents a week but focusing on documents responsive to *Bernstein I*. With shifting focus to the records responsive to this request, and making an effort to expedite processing, the Laboratory estimates that it can complete its re-review in approximately 20 weeks. On a rolling basis, as document review occurs, the Laboratory provides documents to the Management and Organization Office, which sends the records out for consultation as needed, obtains final production clearance, and produces the records. Thus, the expected timeline for release of the remaining records responsive to the request at issue in this suit is approximately 20 weeks of review time, plus additional time needed for some records to complete consultation with other agencies. (Documents will be both sent out for consultation and complete consultation also on a rolling basis.)

In accordance with the November 15, 2024, order, the parties are due to file another joint status report on August 5, 2025.

4

Dated: June 6, 2025

/s/ Merrick Wayne
MERRICK WAYNE
Matthew Topic, IL0037
Josh Loevy, IL0105
Shelley Geiszler, IL0087
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*