UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>　　　　　Defendants. | Civil Action No. 23-2938 (SLS) |

## JOINT STATUS REPORT

　　Pursuant to this Court's Minute Order (June 9, 2025), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") to update the Court on the status of Plaintiff's request pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

　　Defendants made their most recent production, the fourth interim production, on April 28, 2025. Defendants assert that two more productions are being finalized and will be made later this month, and that processing continues in accordance with the timelines stated in the most recent JSR. Defendants will continue to make rolling productions as consultations and clearance reviews complete. The parties propose to file another JSR on October 3, 2025.

　　　　　　　　　　　　　*　　*　　*

2

| | |
|---|---|
| Dated: August 8, 2025 | Respectfully submitted, |
| | |
| /s/ Merrick Wayne | JEANINE PIRRO |
| MERRICK WAYNE | United States Attorney |
| Matthew Topic, IL0037 | |
| Josh Loevy, IL0105 | By: /s/ Bradley G. Silverman |
| Shelley Geiszler, IL0087 | BRADLEY G. SILVERMAN |
| Merrick Wayne, IL0058 | D.C. Bar #1531664 |
| LOEVY & LOEVY | Assistant United States Attorney |
| 311 North Aberdeen, 3rd Floor | 601 D Street NW |
| Chicago, IL 60607 | Washington, DC 20530 |
| (Tel:) 312-243-5900 | (202) 252-2575 |
| foia@loevy.com | bradley.silverman@usdoj.gov |
| | |
| *Counsel for Plaintiff* | *Attorneys for the United States of America* |