# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY, et al.,<br><br>*Defendants*. | Civil Action No. 23-2938 (SLS) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Andrew J. Vaden and remove the appearance of Assistant United States Attorney Bradley G. Silverman as counsel for Defendants in the above-captioned case.

Dated: September 14, 2025            Respectfully submitted,

By:  */s/ Andrew J. Vaden*
     Andrew J. Vaden
     Assistant United States Attorney
     D.C. Bar #1044860
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2437
     Andrew.Vaden@usdoj.gov

*Attorney for the United States of America*