UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY, et al., <br><br> Defendants. | Civil Action No. 23-2938 (SLS) |

**JOINT STATUS REPORT**

Pursuant to this Court's August 8, 2025 Minute Order and Chief Judge Boasberg's Standing Order No. 25-59 (November 13, 2025), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through their respective undersigned counsel, respectfully file this Joint Status Report to update the Court on the status of Plaintiff's request pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

Since the parties' August 8, 2025 joint status report, Defendants made two additional productions: a production of 25 pages on August 25, 2025, and a production of 1,595 pages, with another 44 pages withheld in their entirety, on August 28, 2025. In total, Defendants have made six productions in this matter totaling approximately 2,200 pages released, and 50 pages withheld in their entirety. Defendants estimate that approximately 1,400 potentially responsive records remain to be processed. Defendants anticipate that they will complete the subject-matter review by the end of December 2025. Defendants estimate, however, that they will need to consult with other agencies as to approximately 500 of these remaining records, with the expected completion of production on a rolling basis by the end of March 2026. The parties propose to file another joint status report on January 26, 2026.

- 2 -

Dated: November 25, 2025            Respectfully submitted,

*/s/ Merrick Wayne*            JEANINE FERRIS PIRRO
MERRICK WAYNE            United States Attorney
Matthew Topic, IL0037
Josh Loevy, IL0105            By:    */s/ Andrew J. Vaden*
Shelley Geiszler, IL0087            Andrew J. Vaden
Merrick Wayne, IL0058            Assistant United States Attorney
LOEVY & LOEVY            D.C. Bar #1044860
311 North Aberdeen, 3rd Floor            601 D Street, NW
Chicago, IL 60607            Washington, DC 20530
(Tel:) 312-243-5900            (202) 252-2437
foia@loevy.com            Andrew.Vaden@usdoj.gov

*Counsel for Plaintiff*            *Attorneys for the United States of America*